UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:19–cr–00099

Romello Dequaes Lee

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

David Hittner

**PLACE:**
Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  2/26/2020

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   February 19, 2020

David J. Bradley, Clerk